IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00675-PSF-MJW

WILLIE WATKINS,

    Plaintiff,

v.

FMA ALLIANCE, LTD., a Texas limited partnership,

    Defendant.

## ORDER OF DISMISSAL

The Court having reviewed the plaintiff's Unopposed Motion to Dismiss With Prejudice (Dkt. # 3) and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED: May 18, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge